NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELENA KAYRYAKOFF, | No. C06-06970 JF (HRL) |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| LANGER, et al., | |
| Defendants. | |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of the Court shall randomly reassign this case to another Magistrate Judge for discovery purposes.

Dated: April 9, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

A copy of this document will be mailed to:

Elena Kayryakoff
PO Box 162
Santa Clara, CA 95052

      Pro Se Plaintiff

Dated:    4/9/07         /s/
                             Chambers of Magistrate Judge Lloyd