**E-Filed 6/15/2007**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ELENA KAYRYAKOFF, | Case Number C 06-6970 JF |
| Plaintiff, | ORDER[1] RE SERVICE |
| v. | [re: docket no. 28] |
| LANGER, et al., | |
| Defendants. | |

The Court has received a document from Plaintiff that appears to request that the Court aid her in serving the Defendants.  Absent a decision to grant a request to proceed *in forma pauperis*, Plaintiff must complete service of the summons and complaint in compliance with the applicable rules of civil procedure.  Accordingly, Plaintiff's request will be denied.

IT IS SO ORDERED.

DATED: June 15, 2007

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 06-6970 JF
ORDER RE SERVICE
(JFLC1)

1   This Order has been served upon the following persons:

2   Claire T. Cormier        claire.cormier@usdoj.gov

3

4   Notice has been delivered by other means to:

5   Elena Kayryakoff
    PO Box 162
6   Santa Clara, CA 95052

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2