\*\*E-Filed 9/13/2007\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELENA KAYRYAKOFF,<br><br>        Plaintiff,<br><br>    v.<br><br>LANGER, et al.,<br><br>        Defendants. | Case Number C 06-6970 JF<br><br>JUDGMENT[1] |

Having given Plaintiff Elena Kayryakoff adequate opportunity to appear and show cause why her case should not dismissed based on her inability to amend her complaint or to effect proper service on any of the Defendants, IT IS HEREBY ORDERED, DECREED, AND ADJUDGED that the instant action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).  Judgment is entered in favor of the Defendants and shall constitute a final judgment. IT IS SO ORDERED.

DATED: September 13, 2007

                                JEREMY FOGEL
                                United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 06-6970 JF
JUDGMENT
(JFLC3)

1 | This Order has been served upon the following persons:

2 | Claire T. Cormier      claire.cormier@usdoj.gov

3

4 | Notice has been delivered by other means to:

5 | Elena Kayryakoff
    PO Box 162
6 | Santa Clara, CA 95052

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 06-6970 JF
JUDGMENT
(JFLC3)